# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CALIFORNIA SAFE SOIL, LLC, a Delaware limited liability company, | §<br>§<br>§<br>§ | No. 78, 2025 |
| Plaintiff Below,<br>Appellant, | §<br>§<br>§<br>§ | Court Below:  Court of Chancery of the State of Delaware |
| v. | §<br>§ | C.A. No. 2021-0498 |
| KDC AGRIBUSINESS, LLC, a Delaware limited liability company, KDC AGRIBUSINESS FAIRLESS HILLS, LLC, a Delaware limited liability company, KDC AGRIBUSINESS NORTH DAKOTA, LLC, a Delaware limited liability company, DO GOOD FOODS LLC, a Delaware limited liability company, DO GOOD FOODS MANAGED SERVICES LLC, a Delaware limited liability company, DO GOOD FOODS FACILITY MANAGEMENT LLC, a Delaware limited liability company, DO GOOD CHICKEN LLC, a Delaware limited liability company, HAROLD N. KAMINE, JUSTIN KAMINE, MATTHEW KAMINE, and BARRY STARKMAN, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants Below,<br>Appellees. | §<br>§<br>§<br>§ | |

Submitted:  September 17, 2025
Decided:    October 2, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **LEGROW**, Justices.

## <u>ORDER</u>

This 2nd day of October, 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the January 10, 2025 Post-Trial Memorandum Opinion and the January 23, 2025 Final Order and Judgment.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice